IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN FERNANDO BELLIDO ACUNA,

    Petitioner,

v.                                                       Civil Action No. **3:15CV398**

LORETTA E. LYNCH, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on July 20, 2015, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address or if he was released or relocated. On July 30, 2015, the United States Postal Service returned the July 20, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Released." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                                        M. Hannah Lauck

Date: 8-11-15                                United States District Judge
Richmond, Virginia